AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District | HAWAII | CV06 00149 |
|---|---|---|---|
| Name of Movant: CURTIS ANDREW WELCH | Prisoner No. 95221-022 | | Case No. 1:04CR00211-001 |
| Place of Confinement: UNITED STATES PENITENTIARY VICTOVILLE CALIFORNIA 92301 | | | |

UNITED STATES OF AMERICA     V.    CURTIS ANDREW WELCH
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack: **U.S DISTRICT COURT OF HAWAII, 300 ALA MOANA BLVD, HONOLULU HAWAII, 96850-0300**

2. Date of judgment of conviction: **APRIL 25, 2005**

3. Length of sentence: **BOP 36 MONTHS, 3 YEAR SUPERVISED RELEASE**

4. Nature of offense involved (all counts): **PERSON CONVICTED OF MISD CRIME OF DOMESTIC VIOLENCE IN POSSESSION OF UNREGISTERED SHOTGUN (1 COUNT)**

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
MAR 14 2006
at 2 o'clock and 40 min. PM
SUE BEITIA, CLERK

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details: **N/A**

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?    **N/A**
   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒

(2)

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:   NO PREVIOUS APPEALS

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐    No ☒

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

(3)

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☐    No ☒
(2) Second petition, etc.    Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

PETITIONER BELIEVED IN GOOD FAITH THAT THE SENTENCE WOULD BE CARRIED OUT PURSUANT TO THE RATIONALE THE COURT USED TO EXCEED THE GUIDELINES AND WHEN IT BECAME APPARENT THIS WOULD NOT OCCUR RECOURSE IS SOUGHT.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: _____

Supporting FACTS (state *briefly* without citing cases or law)

THE COURT IMPOSED (A) SENTENCE EXCEEDING THE GUIDELINES IN VIOLATION OF DUE PROCESS BECAUSE THE RATIONALE FOR SO EXCEEDING HAS NOT BEEN FULFILLED NOR IS THERE ANY INTENTION TO ADHERE TO SAID SENTENCE.

SEE EXHIBITS 1-3 AND PETITIONER"S "MEMORANDUM OF POINTS AND AUTHORITES IN SUPPORT OF PETITIONER'S §2255".

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law)

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law)

(5)

AO 243 (Rev. 2/95)

    D.    Ground four: _____

            Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing _____

    (b) At arraignment and plea _____

    (c) At trial _____

    (d) At sentencing _____

AO 243 (Rev. 2/95)

(e) On appeal _____
_____

(f) In any post-conviction proceeding _____
_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____
_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐    No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☑

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
    _____
    _____

    (b) Give date and length of the above sentence: _____
    _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐    No ☑

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

3-08-06
 (Date)

_____
Signature of Movant

(7)