IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2006

at 2 o'clock and 40 min P M
SUE BEITIA, CLERK

Curtis Andrew Welch,
    Petitioner,

v.

United States of America,
    Respondent.

Criminal Action No.:
1:04CR00211-001

CV06 00149 DAE KSC

### Memorandum Of Points And Authorities In Support Of Petitioner's §2255

**COMES NOW** Curtis Andrew Welch, Pro Se, presenting his "Memorandum Of Points And Authorities In Support Of Petitioner's §2255" and shows the Court the following:

### Introduction

Petitioner would respectfully request this Honorable Court to consider that he is unlearned in law as a Pro Se litigant and request respectfully that the doctrines established in Haines v. Kerner, 30 L.ED.2d 652 (1972) be followed.

### Jurisdiction

Jurisdiction is established pursuant to 28 U.S.C. §2255. The Court may wish to further consider 28 U.S.C. §1291; §1294 and 18 U.S.C. §3742 as to jurisdiction.

### Statement Of The Case

On or about April 25, 2005, this Honorable Court with U.S. Chief Judge David Alan Ezra presiding sentenced Curtis Andrew Welch to a term of 36 months with 3 years of Supervised Release. The Court imposed special conditions of supervision, 3 of which dealt with substance abuse.

1

The nature of the offense is pursuant to 18 U.S.C. §922(g) and §924(a) with only one count. The guideline range as determined by This Honorable Court was 21 to 27 months (See Exhibit 1) with the offense level being 12. The criminal history category is 4. The issue in dispute involves a departure exceeding the guidelines so that the Petitioner could address his substance abuse and mental health problems.

<u>Issue</u>

THE COURT IMPOSED (A) SENTENCE EXCEEDING THE GUIDELINES IN VIOLATION OF DUE PROCESS BECAUSE THE RATIONALE FOR SO EXCEEDING HAS NOT BEEN FULFILLED NOR IS THERE ANY INTENTION TO ADHERE TO SAID SENTENCE.

Honorable Chief Judge Ezra plainly stated on page 29, line 15 of the sentencing transcript (Exhibit 2):

> "I am going to sentence you to 3 years because you deserve and need 3 years to get into the drug and rehabilitation program."

The Petitioner then was given to the custody of the Attorney General whose designee so becomes the Federal Bureau of Prisons. The problem then becomes that the Attorney General in getting a sentence exceeding the guidelines has refused to fulfill the conditions of the sentence by allowing Petitioner to become involved in their "RDAP" program so as to 'get into a drug and rehabilitation program'. Therefore, a sentence was imposed for a certain criteria/reason and Welch finds himself serving a sentence exceeding the guidelines by 9 months (at least) to 12 months (middle of the 21-27 month range). Welch is serving this additional time without just cause. This violates due process.

The issue of this instant case becomes clear in that the sentence exceeding the guidelines was clearly substance recovery based and there has not been the necessary program implemented to adhere to the basis of the sentence imposed.

2

Curtis Welch, through no fault of his own was given an incorrect security classification and sent to the United States Penitentiary at Victorville, California. USP Victorville happens to be one of the most hardened penitentiaries in the Federal Bureau of Prisons in spite of being new due to the amount of gang members, lifers, etc.

Before any word is stated that Petitioner has completed a minimal few hour drug program and is currently enrolled in the so-addressed "Code" program so as to get some help, it must be noted that these programs are not near the quality as the "RDAP" program and in reality offer nothing substantial. The design is such that no benefits can be expected, confusion abounds as to what is expected, and Petitioner finds himself lost as to a solution. Curtis Welch is a victim of not being placed in the substantial "RDAP" per the intent of the sentence exceeding the guidelines.

In so addressing this instant issue Petitioner's wife, Mrs. Christy Welch wrote a letter to the Honorable Chief Judge Ezra informing him of the error and requesting that the Court follow through so as to honor the terms of the sentence and upward departure. On August 8, 2005, the Honorable Court sent a very nice letter back to Mrs. Welch delicately explaining that the Court has no control of the designation process of The BOP and that there is nothing the Court can do to help Curtis. Respectfully, Petitioner submits that this Honorable Court can help Welch...He can put the sentence within the guideline range...And allow the Petitioner to go to a proper program on the street. He is not being helped in a hardened Federal Penitentiary. He is being hurt. (See Exhibit 3 for the Court's response).

Petitioner understands after inquiry that he has no redress in this instant action as to the Attorney General not honoring the Court's recommendation to designate Welch to FCI Sheridan, Oregon, (with the RDAP program) after jailhouse lawyers so explained same to him. Petitioner understands that the BOP's abuse of discretion in designating him to USP Victorville is a separate 28 U.S.C. §2241 matter and not the issue of this instant case. However, Petitioner also understands, and believes this Honorable Court will agree (because the Court's intentions were clear) that due process has been violated because the reason for exceeding the guidelines has not been addressed in Petitioner being placed in the RDAP program to address his substance abuse and mental health issues.

## Summary

In summary Petitioner requests this Honorable Court to fix the sentence of 36 months by vacating same and resentencing him within the guidelines of 21-27 months based upon the foregoing. In so requesting same please consider Welch's lack of previous felonies prior to the instant offense. The Petitioner isn't a criminal per se. He is a businessman, homeowner and family man. The Court needs to get him back to his family, to become productive once again as a taxpaying citizen because as things stand now nobody benefits.

This is...

Respectfully Submitted,

Curtis Andrew Welch
#95221-022
USP Victorville
P.O. Box 5500
Adelanto, California
92301

4

## Affidavit

I, Curtis Andrew Welch #95221-022, do hereby state under the penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the knowledge and belief.

Date/ 3-8-06          Sig/ *[signature]*
                      Curtis Andrew Welch
                      #95221-022
                      USP Victorville
                      P.O. Box 5500
                      Adelanto, California
                                    92301

## Certificate of Service

I, Curtis Andrew Welch #95221-022, do hereby certify that the foregoing legal documents have been deposited in the U.S. Mail with the proper postage for delivery with same being sent to the proper U.S. Attorney and the correct court on the date shown herein.

Date/ 3-08-06         Sig/ *[signature]*
                      Curtis Andrew Welch
                      #95221-022
                      USP Victorville
                      P.O. Box 5500
                      Adelanto, California
                                    92301