Ex. 2

32

1  cannot follow the rules.
2          I know you want to do the right thing. I honestly
3  believe that, Mr. Welch, today. But you're not capable of it.
4          So I am going to sentence you to a sentence and I'm
5  going to send you to treatment, where you can get treatment and
6  hopefully you can get your life back together again. Because
7  that's what has to happen. So that you can be a good husband,
8  you can be a good father, you can be a good son, and you have
9  every reason to be so.
10         I'm not imposing this sentence for any vindictive
11  purpose. I'm imposing it because it's the minimum amount of
12  time I can given you and still get you into these programs that
13  I need to have you get into so that you can come back whole
14  again. Do you understand me?
15         THE DEFENDANT: Yeah. Yes, Your Honor.
16         THE COURT: All right. Pursuant to the Sentencing
17  Reform Act of 1984, it is the judgment of the court the
18  defendant Curtis Welch is committed to the custody of the
19  Attorney General of the United States, or his authorized
20  representative, to be imprisoned for a term of 36 months.
21         After he has completed the term of imprisonment he
22  must serve a three-year term of supervised release. During the
23  term of supervised release he is to abide by the following
24  conditions:
25         He must observe the standard conditions of