


Ex. 3

# UNITED STATES DISTRICT COURT

CHAMBERS OF
**DAVID ALAN EZRA**
CHIEF UNITED STATES DISTRICT JUDGE

DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, C-300
HONOLULU, HAWAII 96850-0300

TELEPHONE
(808) 541-1907
FACSIMILE
(808) 541-3575

August 8, 2005

Mrs. Cristy Welch
P.O. Box 4091
Kahului, Hawaii  96733

      **Re: Curtis Welch**
          **Cr. No. 04-00211 DAE-01**

Dear Mrs. Welch:

      I received your recent letters requesting assistance regarding your husband's designation to a maximum type facility. I understand that despite my judicial recommendation that Curtis be designated to FCI Sheridan, Oregon, a medium security, Curtis is at USP, Victorville, a maximum type institution. Further, he reportedly is not participating in drug/alcohol/mental health treatment despite my recommendations.

      It is unfortunate that the Bureau of Prisons (BOP) was unable to comply with my judicial recommendation. As you are aware, BOP has the final authority to designate institutional assignment. According to a Correctional Treatment Specialist at the Community Corrections Office in Sacramento, California, the Regional Director or his representative, generally makes every effort to accommodate recommendations from the courts. In regards to your husband's case, because the criminal history and offense level scores were too high, Curtis's security level did not comport with the security level of the designated institution. Therefore, there is no immediate remedy and the Court is not in the position to interfere with BOP policies and procedures.

      Contact was made with Mr. Matt Call, Case Manager at USP, Victorville. According to Mr. Call, since your husband's arrival at the institution on July 15, 2005, he has been evaluated for several program placements. Mr. Call has recommended that your husband participate in the drug and alcohol program as well as anger management. He is also being evaluated for mental health treatment, if appropriate.