IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CURTIS ANDREW WELCH,<br>#95221-022,<br><br>      Petitioner,<br><br>  vs.<br><br>UNITED STATES,<br><br>      Respondent.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR. NO. 04-00211 DAE<br>CIV. NO. 06-00149-001 DAE |

## ORDER REQUIRING PRELIMINARY ANSWER

Petitioner Curtis Andrew Welch has filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.  It not appearing plainly from the face of the petition that Petitioner is not entitled to relief, and it further appearing that the petition is in compliance with the rules governing the form of such petitions, IT IS HEREBY ORDERED, pursuant to Rule 5 of the Rules Governing Section 2255 Cases in the United States District Courts, that Respondent file an answer to the

petition **on or before May 21, 2006.**  Petitioner may submit a Reply to the Answer on **or before June 21, 2006.**

       IT IS SO ORDERED.

       Dated:  Honolulu, Hawaii, April 21, 2006.



                              David Alan Ezra
                              United States District Judge

<u>WELCH v. UNITED STATES</u> , Civ. No. 06-00149 DAE-KSC; ORDER REQUIRING ANSWER; dmp/2255/ Welch 06-149 (OSC)