

**U.S. Department of Justice**

**Federal Bureau of Prisons**

_____

USP Victorville, CA 92301

DATE:   May 11, 2006

FROM:   A. Broughton          TITLE:  Case Manager

Phone #: 760-530-5000 ext. 1506
Fax#: 760-530-5035

SUBJECT:   Welch, Curtis; Reg. No. 95221-022

TO:   Marshall, Silverberg, AUSA-District of Hawaii

Fax #: (808 )541-2958

COMMENTS: 40-hour drug program certificate of completion.

PAGES (Including Cover Sheet) _3___

_This facsimile (and/or documents accompanying it) may contain confidential information belonging to the sender which is protected by the United States Government confidentiality laws. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify this agency by telephone to arrange for return of the documents._

EXHIBIT "2"

Case 1:04-cr-00211-DAE    Document 48-3    Filed 05/16/2006    Page 2 of 3

```
REG NO..: 95221-022 NAME....: WELCH, CURTIS ANDREW
CATEGORY: DRG        FUNCTION: DIS        FORMAT:

FCL   ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP   DATE/TIME
VIP   DRG E COMP DRUG EDUCATION COMPLETED     01-11-2006 0800 CURRENT
VIP   DRG I RQ J DRG INTRV REQD: JUD RECOMMEND 08-11-2005 1209 CURRENT
VIP   ED PART R  DRUG EDUCATION PARTICIPNT-REQD 11-28-2005 0800 01-11-2006 0800
VIP   ED WAIT R  DRUG EDUCATION WAIT-REQUIRED  09-27-2005 1400 11-28-2005 0800


G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

FEDERAL BUREAU OF PRISONS



# CERTIFICATE OF COMPLETION

**CURTIS WELCH**

**has completed**

All Phases (40 Hours) of the
USP FCC VICTORVILLE DRUG ABUSE PROGRAM

## DRUG EDUCATION COURSE

January 11, 2006

E.R. Texada, B.S., Drug Treatment Specialist

Dr. S. Shelton., Ph.D., Drug Abuse Program Coordinator