# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 21, 2006

Clerk of Court
U.S.D.C. - Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

Re: Transfer of Petition under 28 U.S.C. § 2255
Curtis Andrew Welch vs. United States of America
USDC Hawaii Case No. CR 04-00211DAE (Civil No. 06-00149DAE-KSC)

Dear Sir or Madam:

On June 19, 2006, Judge David A. Ezra issued an order transferring the above-referenced matter to the United States District Court for the Central District of California, Eastern Division, "...*to be properly brought by pursuant to 28 U.S.C. § 2241...*". Accordingly, please find enclosed a certified copy of Judge Ezra's "ORDER OF TRANSFER" as well as a certified copy of the case docket and certified copies of those documents pertaining to Mr. Welch's petition.

Very truly yours,

SUE BEITIA, CLERK

by: Anna F. Chang, Deputy Clerk

encl.

cc: Mr. Curtis Andrew Welch
    All counsel of record

---

TO: Clerk's Office, U.S.D.C. Central District of California, Eastern Division

Please acknowledge receipt on the copy of this letter and return. *(Clerks Office Only)*

Date: _____   By: _____

Your Case Number: _____