# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 21, 2006

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JUL 1 0 2006
DISTRICT OF HAWAII

Clerk of Court
U.S.D.C. - Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA  92501

   Re:   Transfer of Petition under 28 U.S.C. § 2255
         Curtis Andrew Welch vs. United States of America
         USDC Hawaii Case No.  CR 04-00211DAE (Civil No. 06-00149DAE-KSC)

Dear Sir or Madam:

   On June 19, 2006, Judge David A. Ezra issued an order transferring the above-referenced matter to the United States District Court for the Central District of California, Eastern Division, "...*to be properly brought by pursuant to 28 U.S.C. § 2241...*". Accordingly, please find enclosed a certified copy of Judge Ezra's "ORDER OF TRANSFER" as well as a certified copy of the case docket and certified copies of those documents pertaining to Mr. Welch's petition.

                              Very truly yours,

                              SUE BEITIA, CLERK

                              *[signature]*
                              by: Anna F. Chang, Deputy Clerk

encl.

cc:   Mr. Curtis Andrew Welch
      All counsel of record

---

TO: Clerk's Office, U.S.D.C. Central District of California, Eastern Division

Please acknowledge receipt on the copy of this letter and return. *(Clerks Office Only)*

Date: 7/5/06     By: *[signature]*

Your Case Number: ED CV 06 - 00705 RGK (AJW)