## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

January 30, 2008

SUE BEITIA
CLERK

TELEPHONE
PH. (808) 541-1300

FAX (808) 541-1303

Office of the Clerk
USDC, District of Oregon
James A. Redden U.S. Courthouse
310 West Sixth, Room 201
Medford, OR 97501

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 11 2008
DISTRICT OF HAWAII

RE:   U.S.A. vs. Curtis Welch
   USDC HAWAII CR. 1:04-cr-00211DAE
   **USDC Oregon 08-30002-01-PA**

Dear Sir or Madam Clerk:

Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, please find enclosed a certified copy of the following documents:

( X ) Indictment
( X ) Judgment in a Criminal Case
( X ) Amended Judgment in a Criminal Case
( X ) Transfer of Jurisdiction
( X ) Docket Sheet

Please acknowledge receipt on the copy of this letter and return.

Very truly yours,

SUE BEITIA, Clerk

by: *[signature]*

Deputy Clerk, Docketing Section

encl.
cc:   U.S. Probation - Honolulu, Hawaii
   U.S. Probation - Oregon

Receipt is acknowledged by:   Clerk, U.S. District Court
Dated: 2-4-08   by: *[signature]*